United States District Court
Eastern District of California

Rene Daniel Ortega Gavarrete
Plaintiff(s)

V.

DHS et al
Defendant(s)

Case Number: 1:26-cv-5678 DC SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Pablo Palomeque hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Rene Daniel Ortega Gavarrete

On 03/03/2026 (date), I was admitted to practice and presently in good standing in the US DC for the Western District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/20/2026 Signature of Applicant: /s/ Pablo Palomeque

**Pro Hac Vice Attorney**

Applicant's Name: Pablo Palomeque

Law Firm Name: JLW Immigration Law Group

Address: 4100 Duval Rd.

City: Austin State: TX Zip: 78759

Phone Number w/Area Code: (512) 633-1785

City and State of Residence: San Antonio, TX

Primary E-mail Address: pablo@jlw.law

Secondary E-mail Address: pablo@pp-lawoffice.org

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: George Rios

Law Firm Name: Cook & Olson

Address: 2014 Tulare St

Suite 702

City: Fresno State: CA Zip: 93721

Phone Number w/Area Code: (559) 558-5118 Bar # 334242

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 23, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE